| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JUAN EMILIO GARDNER, §
§
    Petitioner, §
§
versus §   CIVIL ACTION NO. 1:15-CV-373
§
WARDEN F. LARA, §
§
    Respondent. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Juan Emilio Gardner, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the petition. The magistrate judge recommends that the petition be denied.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered.

SIGNED at Plano, Texas, this 27th day of July, 2017.

                                              MARCIA A. CRONE
                                    UNITED STATES DISTRICT JUDGE